UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ANTONIO YARBOUGH,

                                Plaintiff,

-against-

THE CITY OF NEW YORK, PHILLIP GRIMALDI, in his individual capacity; JOHN DECARLO, in his individual capacity, PETER MCMAHON, in his individual capacity; ARTHUR WILLIAMS, in his individual capacity; ROBERT IZZO, in his individual capacity, EDWARD FEIT, in his individual capacity; LIEUTENANT JAMES LUONGO, in his individual capacity; RICKY BRADFORD, in his individual capacity; Police Officer MARCO VENEZIA, in his individual capacity; Dr. JONATHAN ARDEN, in his individual capacity; and OTHER AS-YET-UNKNOWN OFFICERS & SUPERVISORS JOHN and JANE DOES #1-10,

                                Defendants.

------------------------------------------------------------------- x

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

15 Civ. 516 (MKB)

NYC Law Dep't #:

NYC Comptroller #:

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for all the parties to the above-entitled action, that whereas no party is an infant or an incompetent person for whom a committee or conservator has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action

     ☑ is discontinued **as to all parties**, including all cross-claims and counterclaims, with prejudice and without costs or disbursements to any party.

     [*If this stipulation is to discontinue the entire action, including all cross-claims and counterclaims, X the box above and cross out the language in the following paragraph. If this stipulation discontinues as to only some of the defendants, X the box below, insert the names of all other defendants the action is being discontinued and cross out the language in the above paragraph.*]

     ☐ ~~is discontinued with prejudice as against only defendant(s) CITY OF NEW YORK, and without costs or disbursements to either parties.~~

A copy of this stipulation shall be deemed an original for all purposes and may be filed with the Clerk of the Court without further notice to any party.

Dated: _New York_, NY
           _5/17_, 2017

1) Zachary Margulis-Ohnuma, Esq.
Attorneys for Plaintiff
260 Madison Avenue, 17th Floor
New York NY 10016
Tel: (212) 685-0999

By: _____

2) Fay Leoussis, Esq. for
Zachary W. Carter, Esq.
Corporation Counsel
Attorney for Defendant(s)
CITY OF NEW YORK and
ALL OTHERS NAMED
100 Church Street, 4th Floor
New York, New York 10007
Tel: 212-356-3102

By: _____

3) Philip J. Smallman, Esq.

Attorney for Plaintiff
32 Court Street #705
Brooklyn, NY 11201
Tel: (718) 222-3073

By: _____