UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ANTONIO YARBOUGH,

                      Plaintiff,

-against-

THE CITY OF NEW YORK, PHILLIP GRIMALDI, in his individual capacity; JOHN DECARLO, in his individual capacity, PETER MCMAHON, in his individual capacity; ARTHUR WILLIAMS, in his individual capacity; ROBERT IZZO, in his individual capacity, EDWARD FEIT, in his individual capacity; LIEUTENANT JAMES LUONGO, in his individual capacity; RICKY BRADFORD, in his individual capacity; Police Officer MARCO VENEZIA, in his individual capacity; Dr. JONATHAN ARDEN, in his individual capacity; and OTHER AS-YET-UNKNOWN OFFICERS & SUPERVISORS JOHN and JANE DOES #1-10,

                      Defendants.

------------------------------------------------------------------- x

STIPULATION OF DISCONTINUANCE WITH PREJUDICE

15 Civ. 516 (MKB)

NYC Law Dep't #:

NYC Comptroller #:

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for all the parties to the above-entitled action, that whereas no party is an infant or an incompetent person for whom a committee or conservator has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action

     ☑ is discontinued **as to all parties**, including all cross-claims and counterclaims, with prejudice and without costs or disbursements to any party.

     [*If this stipulation is to discontinue the entire action, including all cross-claims and counterclaims, X the box above and cross out the language in the following paragraph. If this stipulation discontinues as to only some of the defendants, X the box below, insert the names of all other defendants the action is being discontinued and cross out the language in the above paragraph.*]

     ☐ ~~is discontinued with prejudice as against only defendant(s) CITY OF NEW YORK, and without costs or disbursements to either parties.~~

A copy of this stipulation shall be deemed an original for all purposes and may be filed with the Clerk of the Court without further notice to any party.

Dated: *New York* , NY
             *5/17* , 2017

1) Zachary Margulis-Ohnuma, Esq.
Attorneys for Plaintiff
260 Madison Avenue, 17th Floor
New York NY 10016

Tel: (212) 685-0999

By: _____

2) Fay Leoussis, Esq. for
Zachary W. Carter, Esq.
Corporation Counsel
Attorney for Defendant(s)
CITY OF NEW YORK and
*ALL OTHERS NAMED*
100 Church Street, 4th Floor
New York, New York 10007
Tel: 212-356-3102

By: _____

3) Philip J. Smallman, Esq.

Attorney for Plaintiff
32 Court Street #705
Brooklyn, NY 11201

Tel: (718) 222-3073

By: _____

SO ORDERED:
s/ MKB 5/22/2017

_____
MARGO K. BRODIE
United States District Judge